UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY THOMPSON,

                Plaintiff,

-against-

SOCIAL SECURITY ADMINISTRATION;
VICTORIA ANDERSON; GARY McBEAN,

                Defendants.

21-CV-2034 (CM)

ORDER DENYING IFP APPLICATION

COLLEEN McMAHON, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is denied because Plaintiff has sufficient assets to pay the fees. *See* 28 U.S.C. § 1915(a)(1). To proceed with this action, Plaintiff must pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice. The Clerk of Court is directed mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    March 10, 2021
            New York, New York

                                          COLLEEN McMAHON
                                      Chief United States District Judge