UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY THOMPSON,

                Plaintiff,

-against-

SOCIAL SECURITY ADMINISTRATION;
VICTORIA ANDERSON; GARY MCBEAN,

                Defendants.

21-CV-2034 (JPC)

ORDER OF SERVICE

JOHN P. CRONAN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Social Security Administration, Victoria Anderson, and Gary McBean. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:   March 30, 2021
           New York, New York

                                                    JOHN P. CRONAN
                                                  United States District Judge